RECEIVED
IN LAKE CHARLES, LA.

JAN -9 2013

TONY R. MOORE, CLERK
BY_____
             DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

ADRIAN MITCHELL
    FED. REG. NO. 04705-061

CIVIL ACTION NO. 11-1600

VS.

SECTION P

JUDGE MINALDI

JOE YOUNG

MAGISTRATE JUDGE KAY

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that this Petition for Writ of *Habeas Corpus* be **DENIED** and **DISMISSED WITH PREJUDICE** as moot and because petitioner has not established that his custody violates the Constitution or laws of the United States.

Lake Charles, Louisiana, on this ___7___ day of _____, 2013.

_____
PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE